UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-63(01) RM |
| ) | |
| ROSHANDA CARTER ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 2, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 28], ACCEPTS defendant Roshanda Carter's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 18 U.S.C. § 1344, and Count 5 of the Indictment, in violation of 18 U.S.C. § 1028A(a)(1).

SO ORDERED.

ENTERED:  October 22, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court